# United States District Court
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| AUREA JANE STEELMAN, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 4:24-cv-00349 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| JASON ANDREW STEELMAN, | § | |
| | § | |
| Defendant. | § | |
| | § | |

### FINAL JUDGMENT

Pursuant to the Memorandum Adopting Report and Recommendation of the United States Magistrate Judge filed in this matter on this date, it is hereby

**CONSIDERED, ORDERED, AND ADJUDGED** that Plaintiff's case against Defendant Jason Andrew Steelman is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

SIGNED this 12th day of February, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE